IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                             CASE NO.: 09-2-0839-JS
PATRICE LENORE JOHNSON
Debtor
_____
CHASE HOME FINANCE, LLC S/B/M TO CHASE MANHATTAN MORTGAGE CORP.
Movant
                                                   CHAPTER 7
vs.
PATRICE LENORE JOHNSON
Sean C. Logan, Trustee
Respondents
_____

**MOTION TO MODIFY STAY TO PERMIT
FORECLOSURE OF THE DEED OF TRUST**

Now come the Movant by its attorneys Friedman & MacFadyen, P.A., Michael T. Cantrell, Esquire and Diana C. Theologou to respectfully represents unto this court:

1. On or about June 15, 2009 the debtor filed a voluntary petition under the provisions of 11 U.S.C. Chapter 7.

2. Sean C. Logan is the appointed Trustee in this case and is being joined as a party interest.

3. The bankruptcy court has jurisdiction over this proceeding pursuant to 28 U.S.C. Section 1334 and 11 U.S.C. Section 362(a) and 28 U.S.C. Section 157.

4. At the time of the initiation of these proceedings, the debtor is the owner of a parcel of real estate located in Anne Arundel County, as described in the attached Refinance Deed of Trust also known as:

29 Parole Street  Annapolis, MD 21401

5. The debtor is justly indebted to Chase Home Finance, LLC s/b/m to Chase Manhattan Mortgage Corp. pursuant to a Refinance Deed of Trust recorded among the Land Records of Anne Arundel County in Liber 19761  Page 0476. A copy of this Refinance Deed of Trust and Interest-Only Period Adjustable Rate Note is attached hereto as movant's exhibit "A".

6. The debtor is now in default on the payment of installments due under the Refinance Deed of Trust to the secured creditor.

7. The principal balance due and owing your Movant pursuant to the Refinance Deed of Trust is approximately Four Hundred Seventeen Thousand and 00/100 Dollars ($417,000.00) through June, 2009.

8. The debtor is presently delinquent in excess of Thirty Three Thousand Eight Hundred Forty Nine and 23/100 dollars ($33,849.23) through June, 2009.

9. The amount necessary to pay the total debt through June, 2009 is approximately Four Hundred Fifty Thousand Eight Hundred Forty Nine and 23/100 dollars ($450,849.23).

10. The debtor is not made twelve (12) monthly mortgage payments due and owing your Movant through June, 2009.

11. The Movant believes and avers that there will be no equity in said property if the total liens of foreclosure, including interest, costs and attorneys fees exceed the value of the property.

12. The interest of the Movant in the said property is not adequately protected.

13. Further, the Movant avers that it has been and continue to be irreparably injured by the automatic stay afforded pursuant to 362(a) of the Bankruptcy Code, which prevents the exercise of rights under the parties Refinance Deed of Trust.

14. Cause exists for lifting the automatic stay of 362(a) of the Bankruptcy Code to permit the Movant to enforce its rights under the Refinance Deed of Trust.

WHEREFORE, your Movant request:

A. That this court enter an Order lifting the automatic stay afforded the debtor by 11 U.S.C. Section 362(a) to enable the Movant to proceed with the foreclosure sale of the said real property.

B. That this court waive the stay referenced in Federal Rule of Bankruptcy Procedure 4001(a) (3).

C. That this court grant such other and further relief as it deems necessary.

Friedman & MacFadyen, P.A.

/s/ Michael T. Cantrell
Michael T. Cantrell, Esquire
210 E. Redwood Street
Baltimore, Maryland 21202-3399
Attorney for the Movant
 Bar No.: 08793

/s/ Diana C. Theologou
Diana C. Theologou, Esquire
210 E. Redwood Street
Baltimore, Maryland 21202-3399
Attorney for the Movant
 Bar No.: 14284

File: 81111_MotionMFR_200906261233.pdf

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                                        CASE NO.: 09-2-0839-JS
PATRICE LENORE JOHNSON
Debtor

_____
CHASE HOME FINANCE, LLC S/B/M TO CHASE MANHATTAN MORTGAGE CORP.
Movant
                                                      CHAPTER 7
vs.
PATRICE LENORE JOHNSON
Sean C. Logan, Trustee
Respondents
_____

**CERTIFICATE OF SERVICE**

I hereby certify and affirm under the penalties of perjury that I served copies of the aforegoing Motion to Modify Stay to Permit Foreclosure of the Deed of Trust and Notice of Motion for Relief from Stay and Hearing Thereon via the ECF system and/or first class mail, postage prepaid to:
Tate M. Russack, 100 Severn Avenue, Suite 101, Annapolis MD 21403; U.S. Trustee, 101 W. Lombard St., Room 2625, Baltimore MD 21201; Sean C. Logan, Trustee, 2530 Riva Road, Suite 400, Annapolis MD 21401; Patrice Lenore Johnson 29 Parole Street, Annapolis MD 21401; Patrice Lenore Johnson P.O. Box 6136, Annapolis MD 21401 Lillian Delores Turner-Javey 29 Parole Street, Annapolis MD 21401; Lillian Delores Turner-Javey P.O. Box 6136, Annapolis MD 21401 on June 29, 2009.

                                                    Friedman & MacFadyen, P.A.

                                                    /s/ Michael T. Cantrell
                                                    Michael T. Cantrell, Esquire

                                                    /s/ Diana C. Theologou
                                                    Diana C. Theologou, Esquire