

Our File No. : 81111
SS/CH/F vs. Johnson, Patrice Lenore

|  |  |  |
|---|---|---|
|  | Principal Balance | $417,000.00 |
|  | Fees & Costs for Motion | $700.00 |
| 07/08 - 12/08 | 6 Monthly mortgage payment(s) @ $2,138.61 | $12,831.66 |
|  | 6 late charge(s) @ $97.73 | $586.38 |
| 01/09 - 02/09 | 2 Monthly mortgage payment(s) @ $2,160.84 | $4,321.68 |
|  | 2 late charge(s) @ $97.73 | $195.46 |
| 03/09 - 06/09 | 4 Monthly mortgage payment(s) @ $2,158.82 | $8,635.28 |
|  | 4 late charge(s) @ $97.73 | $390.92 |
| Previous Foreclosure Fees and Costs | | $171.28 |
| Escrow Deficit | | $6,016.57 |
|  |  | ------------- |
| ARREARAGES | | $33,849.23 |
| TOTAL AMOUNT CLAIMED | | $450,849.23 |